# Birmingham National Bank *v.* Bradley.

APPEAL from Circuit Court of Jefferson.

Tried before the Hon. A. A. COLEMAN.

JOHN W. TOMLINSON, for appellant.

NATHAN L. MILLER, for appellee.

This was an action brought by the appellant against the appellee. On motion of the appellee, the bill of exceptions was stricken from the file. Upon further motion of the appellee the judgment of the lower court in favor of the defendant was affirmed.

Opinion PER CURIAM.